**Joseph W. HARRISON, Appellant, v. MORTGAGE INVESTMENT COMPANY, a Corporation, Appellee.**

No. 5421.

Court of Appeals of District of Columbia.

Argued April 5, 1932.

Decided April 25, 1932.

GRONER, Associate Justice.

This action was brought by appellant, father of Joann R. Harrison, for loss of services and for doctors' bills. The question involved is covered by the opinion in No. 5420. —— App. D. C. ——, 58 F.(2d) 881.

Affirmed.